UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-60593-CIV-COHN

Magistrate Judge Seltzer

GARTH WILLIAMS,

    Plaintiff,

vs.

CITIZENS PROPERTY INSURANCE CORPORATION,

    Defendant.

_____/

## ORDER DISMISSING COMPLAINT FOR LACK OF JURISDICTION

    THIS CAUSE is before the Court upon the filing of the Complaint [DE 1].

    Plaintiff Garth Williams, a Florida citizen, filed this action against Citizens Property Insurance Corporation ("Citizens"), a quasi-governmental Florida corporation, for breach of a windstorm insurance contract relating to damage to his house in Fort Lauderdale.  Mr. Williams seeks payment of his damage claim pursuant to the insurance policy.

    Upon reviewing the complaint and exhibits in this case, the Court concludes that the complaint fails to state a claim showing that Plaintiff is entitled to relief under federal law. In order to bring a lawsuit in federal court, as opposed to state court, a plaintiff must allege some violation of federal law, or involve parties who are citizens of different states.  Since both parties here are Florida citizens, Plaintiff must state a claim under federal law.

    While flood insurance is regulated as a federal program, the present complaint against Citizens appears to only include a wind damage policy.  Therefore, there is no issue of federal law in this dispute, and this Court lacks subject matter jurisdiction to hear the dispute.  Rather, this action may be brought in the Circuit Court in and for Broward

County. Because Mr. Williams paid his filing fee, the Court will not close this case at this time, though it will dismiss the complaint. Plaintiff may file by May 28, 2008, an amended complaint that does properly invoke federal jurisdiction.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Complaint in this case is hereby **DISMISSED, without prejudice**;

2. Failure of Plaintiff to file an Amended Complaint by May 28, 2008, shall result in closing of this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of May, 2008.

JAMES I. COHN
United States District Judge

copies to:

Garth Williams
P.O. Box 21164
Fort Lauderdale, FL 33335

2