UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-60593-CIV-COHN

Magistrate Judge Seltzer

GARTH WILLIAMS,

    Plaintiff,

vs.

CITIZENS PROPERTY INSURANCE CORP.,

    Defendant.
_____/

## ORDER DENYING THIRD MOTION TO RECONSIDER

**THIS CAUSE** is before the Court upon the filing of Plaintiff's Motion to Appeal to District Judge [DE 16]. The Court has carefully considered the filing and is otherwise fully advised in the premises.

Plaintiff Garth Williams, a Florida citizen, continues to seek relief in this action against Citizens Property Insurance Corporation ("Citizens"), a quasi-governmental Florida corporation, for breach of a windstorm insurance contract relating to damage to his house in Fort Lauderdale.  Mr. Williams seeks payment of his damage claim pursuant to the insurance policy.

As previously stated in Orders dated March 2, 2010, March 18, 2009, and May 29, 2008, this Court again denies relief for lack of subject matter jurisdiction.  Plaintiff's claim in this action remains against Citizens for the alleged breach of contract for failure to pay his insurance claim.  As the Court has told Plaintiff several times in this action, he has not stated a federal claim because Citizens and Plaintiff are both considered citizens of Florida.  There is no federal court jurisdiction over this case.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Appeal to District Judge [DE 16] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of May, 2010.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

copies to:

Garth Williams, pro se

Gil Barreto, Esq.