UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60593-CIV-COHN

GARTH WILLIAMS,

Magistrate Judge Seltzer

    Plaintiff,

vs.

CITIZENS PROPERTY INSURANCE CORP.,

    Defendant.
_____/

**ORDER DENYING MOTIONS**

    **THIS CAUSE** is before the Court upon the filing of Plaintiff's [Fifth and Sixth] Motions for Reconsideration and other relief [DE's 27 and 28]. The Court has carefully considered the filing and is otherwise fully advised in the premises.

    Plaintiff Garth Williams, a Florida citizen, continues to seek relief in this action against Citizens Property Insurance Corporation ("Citizens"), a quasi-governmental Florida corporation, for breach of a windstorm insurance contract relating to damage to his house in Fort Lauderdale. Mr. Williams seeks payment of his damage claim pursuant to the insurance policy.

    After eight previous orders denying relief for lack of subject matter jurisdiction in this contract action between citizens of Florida [DE's 7, 11, 15, 17, 19, 22, 24 and 26], Plaintiff once again seeks reconsideration. Plaintiff again adds further allegations regarding the foreclosure procedure and attempts to add a RICO claim. The Court concludes that Plaintiff has not met his burden to justify reconsideration under Rule 59(e) of the Federal Rules of Civil Procedure.

2

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motions for Reconsideration and other relief [DE 27 and 28] are hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of May, 2011.

_____
JAMES I. COHN
United States District Judge

copies to:

Garth Williams, pro se

Gil Barreto, Esq.

2