UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60593-CIV-COHN

GARTH WILLIAMS,

Magistrate Judge Seltzer

    Plaintiff,

vs.

CITIZENS PROPERTY INSURANCE CORP.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO DISMISS

**THIS CAUSE** is before the Court upon Defendants Steven S. Valancy, Esq. and Jennings & Valency, P.A's Motion to Dismiss the Amended Complaint [DE 38]. The Court has carefully considered the filing and is otherwise fully advised in the premises, including Plaintiff's failure to respond to the motion.

Plaintiff Garth Williams, a Florida citizen, continues to seek relief in this action, originally filed against Citizens Property Insurance Corporation ("Citizens"), a quasi-governmental Florida corporation, for breach of a windstorm insurance contract relating to damage to his house in Fort Lauderdale in 2005. Mr. Williams seeks payment of his damage claim pursuant to the insurance policy.

After eight previous orders denying relief for lack of subject matter jurisdiction [DE's 7, 11, 15, 17, 19, 22, 24 and 26], Plaintiff filed an Amended Complaint [DE 35] without leave of court to attempt to state a claim against attorney Steven S. Valancy and his law firm of Jennings & Valancy, P.A. ("Defendants"). Plaintiff again alleges generally that this is a wrongful foreclosure sale case stemming from a hurricane windstorm insurance claim. He now adds the allegation that Defendants failed to appear at a

hearing on January 18, 2007, which may have been a mediation regarding his windstorm claim.  Amended Complaint at page 1 [DE 35].  However, other then referencing Title 18 Section 1962 in a conclusory manner,[1] Plaintiff has not alleged sufficient facts to show a federal question.  Therefore, subject matter jurisdiction does not exist.[2]

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants Steven S. Valancy, Esq. and Jennings & Valency, P.A's Motion to Dismiss the Amended Complaint [DE 38] is hereby **GRANTED**;

2. The Amended Complaint [DE 35] is hereby **DISMISSED** for lack of subject matter jurisdiction.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of November, 2011.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

copies to:

Garth Williams, pro se

Kenni Judd, Esq.

---

[1] This section relates to the Racketeer Influenced and Corrupt Organizations Act ("RICO"), which requires several elements to be plead.

[2] As both Plaintiff and Defendants are citizens of the state of Florida, diversity jurisdiction does not exist.