UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-60593-CIV-COHN

GARTH WILLIAMS,

Magistrate Judge Seltzer

        Plaintiff,

vs.

CITIZENS PROPERTY INSURANCE CORP.,
et al.,

        Defendants.
_____/

### ORDER DENYING MOTION

**THIS CAUSE** is before the Court upon Plaintiff's "Motion for New Trial of 28

USC., & 2111, Formerly & 391, Rehearing of (former) Equity Rule 69, Motion for a Pro

Se Court Hearing, Motion to Reconsideration, Motion to Amend Complaint" [DE 42].

The Court has carefully considered the filing and is otherwise fully advised in the

premises.

        Plaintiff Garth Williams, a Florida citizen, continues to seek relief in this action,

originally filed against Citizens Property Insurance Corporation ("Citizens"), a quasi-

governmental Florida corporation, for breach of a windstorm insurance contract relating

to damage to his house in Fort Lauderdale in 2005.  Mr. Williams seeks payment of his

damage claim pursuant to the insurance policy, although he has changed his target to

attorneys involved in the foreclosure of the property.  After numerous prior orders

denying relief for lack of subject matter jurisdiction [DE's 7, 11, 15, 17, 19, 22, 24, 26,

29, 39 and 41], the Court finds no grounds for reconsideration.

        Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion [DE 42] is

hereby **DENIED** in all respects.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 27th day of January, 2012.

                        JAMES I. COHN
                        United States District Judge

copies to:

Garth Williams, pro se
(via CM/ECF regular mail)